THE KANSAS CITY, WYANDOTTE & NORTHWESTERN
RAILROAD COMPANY V. JOSEPH WHITAKER.

*Per Curiam*: The judgment in this case will be reversed
and a new trial ordered, upon the authority of *K. C. W. & N.
W. Rld. Co. v. Ryan,* and the same company against Fisher,
just decided.